UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

JAIME AYALA,

                            Plaintiff,

                            **ORDER**
     -against-                 14-CV-3392 (LDH) (CLP)

FIDELITY NATIONAL INSURANCE COMPANY

                            Defendant.

-------------------------------------------------------------------x

LASHANN DEARCY HALL, United States District Judge:

      On February 22, 2016, United States Magistrate Judge Cheryl L. Pollak issued a Report and Recommendation recommending that this Court dismiss the instant action with prejudice for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure. The parties were given until March 10, 2016, to file objections to the Report and Recommendation. To date, no objections have been filed. The Court has reviewed the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Pollak's Report and Recommendation as the opinion of this Court. The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

Dated: March 23, 2016
       Brooklyn, New York

                                                      SO ORDERED:

                                                        _____s/ LDH_____
                                                        LASHANN DEARCY HALL
                                                        United States District Judge